William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
Christopher J. Harney, Esq. (State Bar No. 322306)
charney@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

[Proposed] Attorneys for the Debtor and
Debtor in Possession, Dov Charney

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No.: 2:22-bk-11335-VZ |
| DOV CHARNEY, | Adv. Case No. |
| Debtor. | Chapter 11 |
| DOV CHARNEY, | **NOTICE OF REMOVAL OF STATE COURT ACTION** |
| Plaintiffs, | [28 U.S.C. § 1452; Fed. R. Bankr. P. 9027] |
| vs. | [No Hearing Required] |
| STANDARD GENERAL, L.P., a Delaware limited partnership; STANDARD GENERAL MASTER FUND, L.P., a Cayman Islands limited partnership; P STANDARD GENERAL LTD., a British Virgin Islands limited company; and DOES 1 to 50, inclusive, | |
| Defendants. | |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. §§ 157(a), 157(b), 157(b)(2), 1334 and 1452, Dov Charney (the "Debtor"), the Debtor in the above-captioned bankruptcy case (the "Bankruptcy Case"), hereby removes to the

above-captioned bankruptcy court (the "Court") the action pending in the California Superior Court (Los Angeles County) (the "State Court Action"), entitled *Dov Charney v. Standard General, L.P., et al.,* Case No. BC581130 (the "Removed Case"), assigned to the Honorable Terry Green, including any and all cross-complaints, counterclaims, or actions subsumed or combined with the State Court Action, and any and all matters pending therein.

In support of the removal of the State Court Action, the Debtor respectfully submits the following:

1.  On May 7, 2015, Dov Charney filed a complaint against Standard General, L.P., Standard General Master Fund LP, and P Standard General LTD ("SG") claiming defamation, false light, intentional interference of actual economic relations, intentional interference of prospective economic relations and unfair competition.

2.  On or about June 2015, Defendants Standard General LP, Standard General Master Fund LP, P Standard General LTD ("SG") filed a Motion to Strike the Complaint pursuant to Code of Civil Procedure Section 425.16. On September 30, 2015, the Court heard the motion and ruled in favor of SG. On or about November 2015, SG filed a Motion for Attorneys' Fees pursuant to Code of Civil Procedure Section 425.16. The court granted the Motion and entered a Judgment in favor of SG in the amount of $150,000 in attorneys' fees and $1808.16 in costs on January 29, 2016.

3.  On August 18, 2016, Plaintiff Dov Charney appealed the decision. The Court of Appeal affirmed the lower court's order and issued its opinion and order on March 28, 2017. SG then filed a Motion for Attorneys' fees pursuant to Code of Civil Procedure Section 425.16c on April 21, 2017. After a hearing on September 22, 2017, the Court ruled in favor of SG awarding attorneys' fees in the amount $90,180.00 and costs in the amount $1865.79. The Judgment was entered September 25, 2017.

4.  On or about March 10, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The Debtor remains debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108. No committee, trustee, or examiner has been appointed in the Bankruptcy Case.

5.  The State Court Action was pending in the State Court as of the Petition Date. The

State Court Action, including all claims, counterclaims, and causes of action asserted therein, is a civil action. The State Court Action is neither a proceeding before the United States Tax Court nor a civil action by a governmental unit to enforce such governmental unit's police or regulatory power.

6. The State Court Action is a "core proceeding" under 28 U.S.C. §§ 157(b)(2)(A), (B) and (O) because such action (1) is a matter concerning administration of the Debtor's estate; (2) directly relates to the allowance or disallowance of a claim against the Debtor; and (3) is a proceeding affecting the liquidation of the assets of the Debtor's estate.

7. If the State Court Action, or any part thereof, is determined to constitute a "non-core proceeding," the Debtor consents to the entry of final orders and judgments by this Bankruptcy Court.

8. The Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1334(b). Therefore, pursuant to 28 U.S.C. § 1452(a), the Removed Case may be removed to the U.S. Bankruptcy Court.

9. In accordance with Local Bankruptcy Rule 9027-1(d), copies of documents (whether filed by a party or entered by the State Court) filed in the State Court Action prior to removal, together with a copy of the docket from the State Court Action, shall be filed with the clerk of the Court within 30 days of the date of filing this notice of removal, unless otherwise ordered by the Court.

10. Removal of the State Court Action is timely under Rule 9027(a)(2)(A) of the Federal Rules of Bankruptcy Procedure ("FRBP") because this notice of removal has been filed no later than 90 days after the Petition Date.

11. The Debtors will promptly file a copy of this notice of removal with the clerk of the State Court and serve copies of this notice of removal on all parties to the State Court Action and the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that removal of the State Court Action and all claims and causes of action asserted therein shall be effective upon the filing of a copy of this notice of removal with the State Court pursuant to Rule 9027(c) of FRBP. Upon such filing, the State Court Action shall be removed to the United States Bankruptcy Court for the Central District of

1  California, Los Angeles Division, and the parties to the State Court Action shall proceed no further

2  in the State Court Action against the Debtors unless otherwise ordered by the Court.

3

4  DATED: March 17, 2022            THEODORA ORINGHER PC

5
                                    By: *(signature: Christopher J. Harney)*
6                                        _____
                                         William N. Lobel
7                                        Christopher J. Harney

8                                        [Proposed] Attorneys for the Debtor and Debtor in
                                         Possession, Dov Charney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF STATE COURT ACTION** will be served in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **03/17/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **03/17/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/17/2022 | Sara Tena | /s/ Sara Tena |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1249751.1/81961.82002

5

*NOTICE OF REMOVAL*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **William N Lobel**    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Jessica Taran:   jtaran@jtaranlaw.com
Jay S. Auslander: jauslander@wilkauslander.com;
Natalie Shkolnik: nshkolnik@wilkauslander.com;
Julie Cilia: jcilia@wilkauslander.com
Stuart Riback:  sriback@wilkauslander.com
Keith A. Fink kfink@finklawfirm.com
Imbar Sagi-Lebowitz: islebowitz@finklawfirm.com

1249751.1/81961.82002

6

*NOTICE OF REMOVAL*