

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

KATHLEEN J. CAMPBELL
Executive Officer
Clerk of Court

# TRANSMITTAL LETTER

Date: May 03, 2022

RE: Certified Copy of ORDER GRANTING JUDGMENT CREDITORS' MOTION TO REMAND STATE COURT ACTION TO CALIFORNIA SUPERIOR COURT

Adversary No: 2:22-ap-01068-VZ Central District of CA.

Plaintiff(s): DOV CHARNEY, an individual

Defendant(s): STANDARD GENERAL, L.P., a Delaware limited partnership; STANDARD GENERAL MASTER FUND, L.P., a Cayman Islands limited partnership; P STANDARD GENERAL LTD., a British Virgin Islands limited company; and DOES 1 to 50, inclusive,

State Court Case Number: **BC581130**

From: Olivia Ventura, Team Leader

Dear Clerk:

    I am hereby transmitting a Certified Copy of the ORDER GRANTING JUDGMENT CREDITORS' MOTION TO REMAND STATE COURT ACTION TO CALIFORNIA SUPERIOR COURT filed in the above-entitled Bankruptcy Case/Proceeding(s) for processing in your Court.

Please acknowledge receipt of same on the attached copy of this letter and return in PDF format via e-mail (olivia_ventura@cacb.uscourts.gov). Thank you for your cooperation

Very truly yours,

*Olivia Ventura*
Olivia Ventura, Team Leader
U.S. Bankruptcy Court

---

Receipt is acknowledged of the documents described herein.

Date:_____    New Case No.: _____

Name of Judge assigned: _____

Dated:_____    By: _____
                                                  Deputy Clerk